March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                  -v-

Urs Frei,
Michael Berlinka,
Roger Keller,
                  Defendant(s).

-------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEOCONFERENCE**

**S3 12 Cr. 02 (JSR)**

Defendant Roger Keller hereby voluntarily consents to participate in the following proceeding via videoconferencing:

_X__  Initial Appearance/Appointment of Counsel

_X__  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____  Preliminary Hearing on Felony Complaint

_X__  Bail/Revocation/Detention Hearing

____  Status and/or Scheduling Conference

_X__  Misdemeanor Plea/Trial/Sentence

_____
**Defendant's Signature**
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
**Defense Counsel's Signature**

ROGER KELLER
_____
Print Defendant's Name

Michael A. Levy
_____
**Print Defense Counsel's Name**

This proceeding was conducted by reliable videoconferencing technology.

10/1/20
_____
Date

_____
**U.S. District Judge/U.S. Magistrate Judge**